**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
**Vincent M. Giblin, Esq. - #021011995**
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel.: (201) 928-1100
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 BENEFIT FUNDS,<br><br>Petitioners,<br><br>vs.<br><br>CONQUEST INDUSTRIES,<br><br>Respondent. | Civil Action No.: 22-2902 (KM)<br><br>**ORDER CONFIRMING ARBITRATION AWARD AND ENTRY OF JUDGMENT** |

**THIS MATTER** having come before the Court by DeCotiis, Fitzpatrick, Cole & Giblin, LLP, (Vincent M. Giblin, Esq. appearing), attorneys for Petitioners, by way of a Motion to Confirm an Arbitration Award and Entry of Judgment, this Court having fully considered the matter, and for good and sufficient cause shown;

**IT IS** on this 22d day of December 2022;

**ORDERED** that the Arbitration Awards issued by the Permanent Arbitrator Jose L. Linares, U.S.D.J. (Ret.) on May 18, 2021 (Fund Nos. 83223, 84390, 85617, 85854, and 86637), June 22, 2021 (Fund No. 87456), July 20, 2021 (Fund No. 88298), August 24, 2021 (Fund No. 89102), September 21, 2021 (Fund No. 89955), October 19, 2021 (Fund No. 90806) and January 18, 2022 (Fund Nos. 92947, 93554, 93555, 93556, 93557, and 93558) shall be and are hereby CONFIRMED; and

#3178108

**ORDERED** that Respondent shall make payments to the Funds in the amount of $47,318.25 as directed by the Arbitrator in his Awards; and it is further

**ORDERED** that Respondent shall submit all delinquent remittance reports owed to Petitioners pursuant to both Collective Bargaining Agreements for the time periods of September 1, 2020 to September 30, 2020, October 1, 2020 to October 31, 2020, November 1, 2020 to November 30, 2020, December 1, 2020 to December 31, 2020, January 1, 2021 to January 31, 2021, February 1, 2021 to February 28, 2021, March 1, 2021 to March 31, 2021, April 1, 2021 to April 30, 2021, May 1, 2021 to May 31, 2021, and June 1, 2021 to June 30, 2021; and it is further

**ORDERED** that Respondent shall make payment of a $100 per diem penalty fee, as directed by the Arbitrator in his Awards, for every day for which the Respondent failed to submit contribution reports and pay the amounts specified therein from the date after service of the Awards through the date of filing of this matter; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioners shall recover from Respondent, Conquest Industries, the sum of $47,318.25 which represents the total amount awarded by the Arbitrator, plus the total cost of the *per diem* penalty of $100 per day through May 18, 2022 totaling $313,400.00 (which shall continue to accrue at $100 per day until the day that the remittance reports are submitted to the Funds), plus the costs of this action in the amount of $402.00, for a cumulative amount of $361,120.25

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date of entry of this Order.

/s/ Kevin McNulty
Hon. Kevin McNulty
United States District Judge

#3178108